UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI D. LYNN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-01317-KJM-JDP (PS)<br><br><br>ORDER |

　　　　On February 23, 2021, the magistrate judge filed findings and recommendations, which were served on the plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

　　　　The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed February 23, 2021, are ADOPTED;
2. Plaintiff's first amended complaint is DISMISSED without leave to amend; and
3. The Clerk of Court is directed to close the case.

DATED: March 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE